**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )    CR 01-705-001-PHX-SMM |
|        Plaintiff, | ) |
| vs. | ) |
| Michael Francis Shea, | )     **ORDER** |
|        Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 19, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1          **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2  court.

3          DATED this 21st day of October, 2005.

4

5

6                              Lawrence O. Anderson
                              United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28